UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| FRANK & ANN ARANDA | ) CHAPTER 13 CASE NO:   02-64959 |
| | ) |
| DEBTORS | ) |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $139.16 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtors' case was completed and the Trustee attempted to send a refund in the amount of $139.16 to the debtors which was received after the case was closed.
3. The check is now stale dated and the Trustee cannot locate the debtors.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $139.16 into U.S. Treasury Fund 6047BK on behalf of Debtors, Frank and Ann Aranda, whose last know address was 6435 S. Whipple Street, Chicago, IL 60629-2813.


/s/    Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45


**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2009 service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtor's attorney electronically.


/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45